IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| IN RE: LR Cr P 58.01 | ) <br> ) MISC CASE NO. 1:26-MC-4 <br> ) <br> ) COLLATERAL FORFEITURE <br> ) SCHEDULE – FEDERAL PROTECTIVE <br> ) SERVICE <br> ) |

## GOVERNMENT'S MOTION TO AMEND THE SCHEDULE OF FIXED SUMS FOR PETTY OFFENSES INVESTIGATED BY THE DEPARTMENT OF HOMELAND SECURITY -FEDERAL PROTECTIVE SERVICE

COMES NOW the United States of America, by and through Matthew L. Harvey, the United States Attorney for the Northern District of West Virginia, and by Morgan S. McKee, Assistant United States Attorney for said district, and for the reasons set forth below, moves this Court pursuant to Local Rule Cr P 58.01 of the United States District Court for the Northern District of West Virginia to amend, in part, the schedule of fixed sums of collateral that are subject to forfeiture for satisfaction of a petty offense violation without a court appearance investigated by the Department of Homeland Security – Federal Protective Service. In support of its motion the Government states as follows:

1) On June 9, 2017, United States District Court Judge Gina M. Groh issued an administrative order pursuant to Local Rule Cr P 58.01 setting a schedule of fixed sums that a defendant charged with a petty offense may post to satisfy the charge without a court appearance.

2) Local Rule Cr P 58.01 of the United States District Court for the Northern District of West Virginia states that type of petty offense and amount to be paid shall be determined as "provided by law or set forth in schedules approved and subsequently amended from time to time by order of the Court."

3) The Department of Homeland Security – Federal Protective Service coordinated with the U.S. General Services Administration (GSA), for the Rules and Regulations revision and placement under Title 6, Code of Federal Regulations, Part 139.

4) On June 9, 2025, the Department of Homeland Security published the Final Rule of the Rules and Regulations with the implementation date of January 1, 2026.

5) The attached proposed schedule, Exhibit A, updates the citation from 41 C.F.R. Part 10274, Subpart C to 6 C.F.R. Part 139 and includes new regulations governing conduct on federal property not addressed in 41 C.F.R. Part 102-74, Subpart C.

WHEREFORE, for the reasons stated above, the government requests that this motion to amend the schedule of fixed sums for petty offenses be granted or any other relief the court deems proper.

> MATTHEW L. HARVEY
> United States Attorney
>
> By: *Morgan S. McKee*
> Assistant United States Attorney
> W. Va. Bar ID 12669
> U.S. Attorney's Office
> 1125 Chapline Street, Suite 3000
> Wheeling, WV 26003
> Telephone: (304) 234-0100
> Morgan.mckee@usdoj.gov