'RULES AND REGULATIONS
GOVERNING CONDUCT ON FEDERAL PROPERTY
FEDERAL MANAGEMENT REGULATION
**DEPARTMENT OF HOMELAND SECURITY FEDERAL PROTECTIVE SERVICE**

Title 6, Code of Federal Regulations

| SECTION | VIOLATION | PROPOSED FINE IN LIEU OF APPEARANCE |
|---|---|---|
| **PART 139** <br> <u>Subpart B</u> | **GENERAL PROVISIONS** | |
| .20(a) | Refusal to permit inspection of packages, briefcases and other containers. | $250.00 |
| .25(a) | Littering. | $250.00 |
| .25(b) | Damaging or otherwise changing the appearance of Federal property. | $500.00 |
| .25(c) | Removing Federal property without proper authority. | $500.00 |
| .25(d) | Creating any hazard or threat of hazard on Federal property to persons or things. | $250.00 |
| .25(e) | Throwing articles of any kind from or at Federal property. | $250.00 |
| .25(f) | Climbing on any statue, fountain, or part of a Federal facility, or any tree, shrub, or plant on Federal property. | $250.00 |
| .30 | Failure to comply with official signs of a prohibitory, regulatory or directory nature and with the lawful direction of security personnel. | $250.00 |
| .35(a) | NEW Disorderly conduct, which includes, but is not limited to, assaulting, fighting harassing, intimidating, threatening, or other violent behavior, lewd acts, or the inappropriate disposal of feces, urine, and other bodily fluid. | $250.00 or Mandatory Appearance |
| .35(b) | NEW Wearing a mask, hood, disguise, or device that conceals the identity of the wearer when attempting to avoid detection or identification while violating any Federal, state, or local law, ordinance, or regulation. | $200.00 |
| .35(c) | Creating a loud or unusual noise, noxious odor, or other nuisance. | $500.00 |
| .35(d) | Obstructing the usual use, enjoyment, or access to Federal property. | $500.00 |
| .35(e) | Impeding or disrupting the security inspection process administered by security personnel, the performance of | $250.00 |


GOVERNMENT EXHIBIT A

| | | |
|---|---|---|
| | official duties by Federal employees, or the ability of the general public to obtain services provided by the Federal government. | |
| .35(f) | NEW Threatening by any means, including but not limited to by mail, facsimile, telephone, or electronic communications, to commit any crime of violence. | $500.00 or Mandatory Appearance |
| .35(g) | NEW Bathing, wading, or swimming in or polluting any water area. | $100.00 |
| .35(h) | NEW Camping. | $100.00 |
| .35(i) | NEW Trespassing, entering, or remaining in or upon areas of Federal property closed to the public. | $250.00 |
| .35(j) | NEW Consuming tobacco product in all interior space, as well as all courtyards, terraces, and plazas within 25 feet of doorways and air intake ducts. | $100.00 |
| .35(k) | NEW Causing an unmanned aircraft or system to take off or land on Federal property without express permission. | $250.00 |
| .35(l) | NEW Using an unmanned aircraft or system to cause interference, damage, destruction, harm, or hazard to Federal property or persons on the property. | $500.00 or Mandatory Appearance |
| .35(m) | NEW Tampering with, accessing, damaging, or interfering with the operation of a computer, digital network, industrial control system or Supervisory Control and Data Acquisition system without proper authorization. | $500.00 or Mandatory Appearance |
| .35(n) | NEW No person, except authorized security personnel or sworn law enforcement officers, may wear, display, present, or possess any indicia of law enforcement or security authority. | $500.00 or Mandatory Appearance |
| .40 | Gambling, operating gambling devices, conducting a lottery or pool, or selling or purchasing gambling tickets. | $200.00 |
| .45(a) | Being under the influence of, using, possessing, or operating a vehicle while under the influence of any controlled substance as defined in 21 U.S.C. 802, 812, 841. | $500.00 or Mandatory Appearance |
| .45(b) | NEW Prohibited from possessing drug paraphernalia as defined in 21 U.S.C. 863. | $200.00 |
| .50 | Consuming, or otherwise being under the influence of alcoholic beverages, possessing an open container of alcohol, or operating a vehicle while under the influence of alcohol. | $250.00 or Mandatory Appearance |
| .55 | Soliciting, begging, or demanding gifts, money, goods, or services. | $150.00 |
| .60 | Posting, affixing, or distributing materials, such as pamphlets, handbills, flyers, or free samples on Federal | $100.00 |

| | | |
|---|---|---|
| | property. | |
| .65 | Photograph or create video, image, or audio recordings of Federal facilities and grounds in a manner that either impedes or disrupts access to or operations or is in violation of security regulations, rules, orders, or Federal court order. | $250.00 |
| .70(a)(1) | Failure to drive/operate in a careful and safe manner. | $200.00 |
| .70(a)(2) | NEW Failure to possess a valid driver's or operator's license. | $100.00 |
| .70(a)(3) | Failure to comply with the lawful signals and directions of security personnel (Vehicle Operation). | $250.00 |
| .70(a)(4) | Failure to comply with traffic and safety signals and posted signs (Vehicle Operation). | $100.00 |
| .70(b)(1) | Blocking entrances, driveways, walks, loading platforms, fire hydrants, docking areas, or other passageways. (Vehicle Operation). | $250.00 |
| .70(b)(2) | Parking on or adjacent to Federal property in unauthorized locations, or contrary to the direction of posted signs(Vehicle Operation). | $100.00 |
| .75(a) | Carry or possess a firearm or other dangerous weapon, as defined by 18 U.S.C. 921 and 930, either openly or concealed. | $500.00 or Mandatory Appearance |
| .75(b) | Carry or possess explosives or items intended to be used to fabricate an explosive or incendiary device, either openly or concealed. | $500.00 or Mandatory Appearance |
| .80 | Bringing animals in or on Federal property for other than official purposes. | $100.00 |